UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. H-20-125 |
| | § | |
| vs. | § | |
| | § | JUDGE ALFRED H. BENNETT |
| SUMMER H. WORDEN, | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

The United States of America respectfully requests a continuance of the trial date in this case, currently scheduled for May 5, 2025. The requested continuance is necessary because one of the government's main witnesses will be unavailable for the trial on that date.

Counsel for the United States has conferred with counsel for the defendant who has stated that the defense is unopposed to the continuance.

Respectfully submitted,

NICHOLAS GANJEI
Acting United States Attorney

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to counsel for defendant via the court's ecf system on the same date as filing.

*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney