United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CASE NO. 4:20-CR-00125 |
| SUMMER HEATHER WORDEN | § § § | |

### ORDER

The Court grants the motion to continue trial and scheduling order of defendant Summer Heather Worden. The Court sets the following schedule:

1. Motions will be filed on or before  October 20, 2025  .

2. Responses will be filed on or before  November 3, 2025  .

3. Proposed jury questions and jury instructions will be filed on or before  November 10, 2025  .

4. A pretrial conference is set for  November 13, 2025  at  1:30 pm  .

5. Jury selection and trial is set for  November 17, 2025  at  9:00 am  .

SIGNED THIS  24th  day of  April  , 2024.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE